# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER IGNAS, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | )   Civil Action No. 18-cv-05431 |
| v. | ) |
| | )   Hon. Charles P. Kocoras |
| | ) |
| RECEIVABLES MANAGEMENT PARTNERS, LLC | ) |
| | ) |
|     *Defendant*. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against Defendant shall be dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

                                                  Respectfully submitted,

                                                  By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

# CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on November 20, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: November 20, 2018**                                      Respectfully submitted,

                                                                                  By:    /s/ *Celetha Chatman*